## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    *Plaintiff*,<br><br>v.<br><br>ONE RUGER 77/22 RIFLE BEARING SERIALNUMBER 700-27572; AND ONE WINCHESTER 9422M XTR RIFLE BEARING SERIAL NUMBER F469785,<br><br>*Defendants*.<br><br>[CLAIMANT: GIOVANNI DONOFRIO] | Civil No.<br><br><br><br><br><br><br><br><br><br>October 31, 2023 |

### VERIFIED COMPLAINT OF FORFEITURE

Plaintiff, United States of America, by and through its attorneys, Vanessa Roberts Avery, United States Attorney for the District of Connecticut, and David C. Nelson, Assistant United States Attorney, brings this complaint and alleges as follows in accordance with Supplemental Rule G(2) of the Federal Rules of Civil Procedure:

### NATURE OF THE ACTION

1. This is an action for forfeit and condemn to the use and benefit of the United States of America the following property: One Ruger 77/22 rifle bearing serial number 700-27572; and One Winchester 9422M XTR rifle bearing serial number F469785, pursuant to 18 U.S.C. § 922(a)(1)(A), 923(a), and 924(a)(1)(D).

### THE DEFENDANTS IN REM

2. The defendants are: One Ruger 77/22 rifle bearing serial number 700-27572; and One Winchester 9422M XTR rifle bearing serial number F469785.

3. The In Rem Defendants were identified in a Stipulated Forfeiture Agreement between the United States and the Claimant, Giovanni Donofrio dated October 26, 2023, in the matter <u>United States v. Giovanni Donofrio</u>, Criminal Case No. 3:22-cr-213 (JBA) wherein the Claimant agreed to the civil forfeiture of the above-captioned In Rem Defendants as being involved in or used in a knowing violation of being engaged in the business of manufacturing and dealing in firearms without a license 18 U.S.C. §§ 922(a)(1)(A), 923(a), and 924(a)(1)(D).

<u>JURISDICTION AND VENUE</u>

4. Plaintiff brings this action *in rem* to forfeit and condemn the Defendants. This Court has jurisdiction over an action commenced by the United States pursuant to 28 U.S.C. § 1345, and over an action for forfeiture pursuant to 28 U.S.C. § 1355(a).

5. This Court has *in rem* jurisdiction over the Defendants under 28 U.S.C. § 1355(b). Upon the filing of this complaint, the plaintiff requests that the Court issue arrest warrants *in rem* pursuant to 18 U.S.C. § 1355(d) and Supplemental Rule G(3)(c).

6. Venue is proper in this district pursuant to 28 U.S.C. § 1355(b)(1), because the acts or omissions give rise to the forfeiture occurred in this district.

<u>BASIS FOR FORFEITURE</u>

7. The Defendant Assets are subject to forfeiture pursuant to 18 U.S.C. §§ 922(a)(1)(A), 923(a), and 924(a)(1)(D).

8. The United States and the Claimant, Giovani Donofrio, have reached an agreement. The terms of the agreement are embodied in a Stipulated Forfeiture Agreement attached hereto as Exhibit A. Pursuant to the agreement, the Claimant has agreed to the forfeiture of the In Rem Defendants after the appropriate procedural steps are taken.

WHEREFORE, the United States of America prays that Warrants of Arrest <u>In Rem be issued</u> for One Ruger 77/22 rifle bearing serial number 700-27572; and One Winchester 9422M XTR rifle bearing serial number F469785; that due notice be given to all parties to appear and show cause why the forfeiture should not be decreed; that judgment be entered declaring the In Rem Defendants to be condemned and forfeited to the United States of America for disposition according to law; and that the United Stats of America be granted such other and further relief as this Court may deem just and proper.

        Respectfully submitted,

        VANESSA ROBERTS AVERY
        UNITED STATES ATTORNEY

           /s/ David C. Nelson
        DAVID C. NELSON (ct25640)
        ASSISTANT UNITED STATES ATTORNEY
        157 CHURCH STREET, 25TH FLOOR
        NEW HAVEN, CT 06510
        T: (203) 821-3700
        F: (203) 773-5373
        E-Mail: david.c.nelson@usdoj.gov

## DECLARATION

I am a Special Agent of the Bureau of Alcohol, Tobacco, Firearms, and Explosives and the case agent assigned the responsibility for this case.

I have read the contents of the foregoing Verified Complaint of Forfeiture, and it is true to the best of my knowledge and belief.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 31st day of October, 2023.

_____/S/_____

SEAN BRACKETT
SPECIAL AGENT
BUREAU OF ALCOHOL, TOBACCO, FIERAMS
AND EXPLOSIVES