**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Civil No. |
| *Plaintiff*, | |
| v. | |
| ONE RUGER 77/22 RIFLE BEARING SERIALNUMBER 700-27572; AND ONE WINCHESTER 9422M XTR RIFLE BEARING SERIAL NUMBER F469785, | |
| *Defendants*. | |
| [CLAIMANT: GIOVANNI DONOFRIO] | |

## STIPULATED FORFEITURE AGREEMENT

In full and final satisfaction of any and all claims, demands, and liens from which PLAINTIFF, UNITED STATES OF AMERICA ("UNITED STATES"), its agents, subrogees, successors, and assigns, now have against the above-captioned defendant property, the UNITED STATES and the CLAIMANT, Giovanni Donofrio ("CLAIMANT"), and his agents, subrogees, successors, and assigns, by and through their respective counsel, hereby stipulate and agree to the compromise settlement of the above-captioned forfeiture matter upon the terms and conditions set forth below:

1. CLAIMANT agrees that, as to the Defendants: One Ruger 77/22 rifle bearing serial number 700-27572; and One Winchester 9422M XTR rifle bearing serial number F469785 ("DEFENDANT FIREARMS"), he has an ownership interest but agrees to the forfeiture of that interest to the United States pursuant to 18 U.S.C. § 922(a)(1)(A), 923(a), and 924(a)(1)(D).

1

2. CLAIMANT agrees to the forfeiture of the DEFENDANT FIREARMS to the United States of America, to be disposed of according to law.

3. CLAIMANT further agrees that neither he nor any current or future officers, agents, representatives, subrogees, assigns or successors of the CLAIMANT shall appear in or pursue any action or proceeding at law or in equity to contest the forfeiture of the DEFENDANT FIREARMS to the UNITED STATES as provided in Paragraph 4 below. *CLAIMANT further waives the requirements of Supplemental Rule G regarding direct notice to the CLAIMANT, and consents to the entry of any Motion for Decree of Forfeiture, filed hereafter, consistent with the terms of this Stipulation.*

4. CLAIMANT hereby releases and forever discharges the United States of America, Bureau of Alcohol, Tobacco, Firearms and Explosives, and their servants, employees, heirs, successors, or assigns, from any and all actions, causes of action, suits, proceedings, debts, dues, contracts, judgments, damages, claims, and/or demands whatsoever in law or equity which claimants, their heirs, successors, or assigns ever had, now have, or may have in the future in connection with the seizure, detention, and forfeiture, by the United States of America of the DEFENDANT FIREARMS.

5. CLAIMANT further agrees to hold and save the United States of America, Bureau of Alcohol, Tobacco, Firearms and Explosives, and their servants, employees, heirs, successors, or assigns harmless from any claims by any others, including costs and expenses for or on account of any and all lawsuits or claims of any character whatsoever, in connection with the seizure, detention, and forfeiture of the DEFENDANT FIREARMS.

6. This Stipulated Forfeiture Agreement shall not constitute an admission of liability or fault on the part of the UNITED STATES, its officers, agents, servants, or employees, or on the part of the CLAIMANT, and is entered into by all parties for the purpose of compromising disputed claims and avoiding the expenses and risks of litigation.

7. The UNITED STATES and the CLAIMANT agree to bear their own costs and attorney's fees, and to execute and/or consent to, any additional documents necessary to implement the terms of this stipulated agreement.

## Left Blank Intentionally

8. The signatories to this document represent that they have the authority to bind the respective individuals and/or organizations.

Respectfully submitted,

VANESSA ROBERTS AVERY
UNITED STATES ATTORNEY

9/7/23

DATE

BRENDAN KEEFE
ASSISTANT UNITED STATES ATTORNEY
FEDERAL BAR NO.
157 CHURCH STREET, 25TH FLOOR
NEW HAVEN, CT 06510
PHONE NO.: (203) 821-3700
EMAIL: brendan.keefe@usdoj.gov
ATTORNEY FOR PLAINTIFF
UNITED STATES OF AMERICA

10/25/23

DATE

GIOVANNI DONOFRIO
CLAIMANT

10/26/23

DATE

ALLISON MURRAY NEAR
JACOBS & DOW
350 ORANGE STREET
NEW HAVEN, CT 06511
PHONE NO.: (203) 772.3100
EMAIL: anear@jacobslaw.com
COUNSEL FOR CLAIMANT
GIOVANNI DONOFRIO